(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

ELECTRONICALLY FILED
2025 Aug 22 11:54 PM
CLERK OF COURT - CIRCUIT

## SUMMONS IN CIVIL ACTION

Docket No. _____

◉ Lawsuit
◯ Divorce

Ad Damnum $ 40,000,000.00

| | | |
|---|---|---|
| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | VS | AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC. |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

AMAZON.COM, INC.
C/O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Method of Service:
◉ Certified Mail
◯ Shelby County Sheriff
◯ Commissioner of Insurance ($)
◯ Secretary of State ($)
◯ Other TN County Sheriff ($)
◯ Private Process Server
◯ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on   Jose Linares                          Plaintiff's

attorney, whose address is   100 Bluegrass Commons Blvd. Ste. 2165, Hendersonville, TN 37075

telephone  615-514-4108             within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____        By _____, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JAMITA SWEARENGEN / W. AARON HALL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master    By: _____, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____day of _____, 20_____at _____M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____          By: _____
Signature of person accepting service                                              Sheriff or other authorized person to serve process

---

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____day of _____, 20_____.

                                                                                       By: _____
                                                                                            Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:** BRITTANY ISOM VS AMAZON COM INC

**Case Number:** CT-4139-25

**Type:** SUMMONS ISSD TO MISC

Kelley Turner, DC

Electronically signed on 08/25/2025 07:10:20 AM

(CIRCUIT/CHANCERY) COURT OF TENNESSEE

ELECTRONICALLY FILED
2025 Aug 22 11:54 PM
CLERK OF COURT - CIRCUIT

140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103

FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No._____

◉ Lawsuit
◯ Divorce

Ad Damnum $ 40,000,000.00

| | | |
|---|---|---|
| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | VS | AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC. |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

AMAZON.COM SERVICES LLC
C/O CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN 37203-1312

Method of Service:
◉ Certified Mail
◯ Shelby County Sheriff
◯ Commissioner of Insurance ($)
◯ Secretary of State ($)
◯ Other TN County Sheriff ($)
◯ Private Process Server
◯ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on  Jose Linares                                      Plaintiff's

attorney, whose address is  100 Bluegrass Commons Blvd. Ste. 2165, Hendersonville, TN 37075

telephone  615-514-4108              within THIRTY (30) DAYS after this summons has been served upon you, not including the day
of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____        By _____, D.C.

### TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JAMITA SWEARENGEN / W. AARON HALL , Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JAMITA SWEARENGEN , Clerk / W. AARON HALL, Clerk and Master    By: _____, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____ , 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____                    By: _____
Signature of person accepting service                                                    Sheriff or other authorized person to serve process

---

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____ , 20_____ .

                                                                                      By: _____
                                                                                      Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**          BRITTANY ISOM VS AMAZON COM INC

**Case Number:**      CT-4139-25

**Type:**                    SUMMONS ISSD TO MISC

Kelley Turner, DC

Electronically signed on 08/25/2025 07:10:20 AM

**(CIRCUIT/CHANCERY) COURT OF TENNESSEE**
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. _____

( • ) Lawsuit
( ) Divorce

Ad Damnum $ 40,000,000.00

| | | |
|---|---|---|
| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | VS | AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC. |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

AMAZON LOGISTICS, INC.
C/O CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN 37203-1312

Method of Service:
( • ) Certified Mail
( ) Shelby County Sheriff
( ) Commissioner of Insurance ($)
( ) Secretary of State ($)
( ) Other TN County Sheriff ($)
( ) Private Process Server
( ) Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on Jose Linares                    Plaintiff's

attorney, whose address is 100 Bluegrass Commons Blvd. Ste. 2165, Hendersonville, TN 37075

telephone 615-514-4108                    within THIRTY (30) DAYS after this summons has been served upon you, not including the day
of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____    By _____ , D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JAMITA SWEARENGEN / W. AARON HALL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master    By: _____ , D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____ , 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____    By: _____
Signature of person accepting service                                    Sheriff or other authorized person to serve process

---

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____ , 20_____ .

                                                                By: _____
                                                                Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**      BRITTANY ISOM VS AMAZON COM INC

**Case Number:**   CT-4139-25

**Type:**            SUMMONS ISSD TO MISC

Kelley Turner, DC

Electronically signed on 08/25/2025 07:10:20 AM

(CIRCUIT/CHANCERY COURT) OF TENNESSEE

ELECTRONICALLY FILED
2025 Aug 22 11:54 PM
CLERK OF COURT - CIRCUIT

140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. _____

◉ Lawsuit
○ Divorce

Ad Damnum $ **40,000,000.00**

| | | |
|---|---|---|
| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | VS | AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC. |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

| | |
|---|---|
| GARDAWORLD SECURITY SERVICES, INC. C/O C T CORPORATION SYSTEM 5661 Telegraph Rd Ste 4B Saint Louis, MO 63129-4275 | Method of Service: ◉ Certified Mail ○ Shelby County Sheriff ○ Commissioner of Insurance ($) ○ Secretary of State ($) ○ Other TN County Sheriff ($) ○ Private Process Server ○ Other |

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on  Jose Linares                                    Plaintiff's

attorney, whose address is  100 Bluegrass Commons Blvd. Ste. 2165, Hendersonville, TN 37075

telephone 615-514-4108          within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____          By _____, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JAMITA SWEARENGEN / W. AARON HALL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master    By: _____, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20_____ at _____M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____                By: _____
Signature of person accepting service                                         Sheriff or other authorized person to serve process

---

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.


                                                                              By: _____
                                                                              Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**        BRITTANY ISOM VS AMAZON COM INC

**Case Number:**    CT-4139-25

**Type:**                 SUMMONS ISSD TO MISC

Kelley Turner, DC

Electronically signed on 08/25/2025 07:10:20 AM

(CIRCUIT/CHANCERY COURT) OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

ELECTRONICALLY FILED
2025 Aug 22 11:54 PM
CLERK OF COURT - CIRCUIT

## SUMMONS IN CIVIL ACTION

Docket No._____

◉ Lawsuit
◯ Divorce

Ad Damnum $ 40,000,000.00

| | | |
|---|---|---|
| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | VS | AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC. |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC.
C/O C T CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE, TN 37919-5546

Method of Service:
◉ Certified Mail
◯ Shelby County Sheriff
◯ Commissioner of Insurance ($)
◯ Secretary of State ($)
◯ Other TN County Sheriff ($)
◯ Private Process Server
◯ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on  Jose Linares                    Plaintiff's

attorney, whose address is  100 Bluegrass Commons Blvd. Ste. 2165, Hendersonville, TN 37075

telephone  615-514-4108            within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____    By _____, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JAMITA SWEARENGEN / W. AARON HALL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master    By: _____, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____ , 20____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____        By: _____
Signature of person accepting service                        Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____ , 20_____.

By: _____
Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**         BRITTANY ISOM VS AMAZON COM INC

**Case Number:**        CT-4139-25

**Type:**               SUMMONS ISSD TO MISC

Kelley Turner, DC

Electronically signed on 08/25/2025 07:10:20 AM

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

ELECTRONICALLY FILED
2025 Aug 22 11:54 PM
CLERK OF COURT - CIRCUIT

## SUMMONS IN CIVIL ACTION

Docket No. _____

( ⦿ ) Lawsuit
( ◯ ) Divorce

Ad Damnum $ 40,000,000.00

| | | |
|---|---|---|
| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | VS | AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC. |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

| | Method of Service: |
|---|---|
| SECURITAS SECURITY SERVICES USA, INC.<br>C/O NATIONAL REGISTERED AGENTS, INC.<br>300 MONTVUE RD<br>KNOXVILLE, TN 37919-5546 | ⦿ Certified Mail<br>◯ Shelby County Sheriff<br>◯ Commissioner of Insurance ($)<br>◯ Secretary of State ($)<br>◯ Other TN County Sheriff ($)<br>◯ Private Process Server<br>◯ Other |

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on  Jose Linares                                Plaintiff's

attorney, whose address is  100 Bluegrass Commons Blvd. Ste. 2165, Hendersonville, TN 37075

telephone  615-514-4108            within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____       By _____, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JAMITA SWEARENGEN / W. AARON HALL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master    By: _____, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN  SUMMONS:

By delivering on the _____ day of _____ , 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____          By: _____
Signature of person accepting service                                    Sheriff or other authorized person to serve process

---

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN  SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____ , 20_____.


                                                                      By: _____
                                                                      Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**        BRITTANY ISOM VS AMAZON COM INC

**Case Number:**     CT-4139-25

**Type:**              SUMMONS ISSD TO MISC

Kelley Turner, DC

Electronically signed on 08/25/2025 07:10:20 AM

ELECTRONICALLY FILED
2025 Aug 22 11:54 PM
CLERK OF COURT - CIRCUIT

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. _____

◉ Lawsuit
◯ Divorce

Ad Damnum $ **40,000,000.00**

| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | VS | AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC. |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

| UNIVERSAL PROTECTION SERVICE, LLC C/O CORPORATION SERVICE COMPANY 2908 POSTON AVE NASHVILLE, TN 37203-1312 | Method of Service:<br>◉ Certified Mail<br>◯ Shelby County Sheriff<br>◯ Commissioner of Insurance ($)<br>◯ Secretary of State ($)<br>◯ Other TN County Sheriff ($)<br>◯ Private Process Server<br>◯ Other |
|---|---|

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on  Jose Linares                                    Plaintiff's

attorney, whose address is  100 Bluegrass Commons Blvd. Ste. 2165, Hendersonville, TN 37075

telephone  615-514-4108                  within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master

TESTED AND ISSUED _____        By _____, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JAMITA SWEARENGEN / W. AARON HALL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JAMITA SWEARENGEN, Clerk / W. AARON HALL, Clerk and Master    By: _____, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____day of _____, 20_____at _____M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____


_____          By: _____
Signature of person accepting service                       Sheriff or other authorized person to serve process

---

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE  NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____day of _____, 20_____.


                                                          By: _____
                                                                Sheriff or other authorized person to serve process



**The Shelby County, Tennessee Circuit Court**

**Case Style:**          BRITTANY ISOM VS AMAZON COM INC

**Case Number:**     CT-4139-25

**Type:**                  SUMMONS ISSD TO MISC

Kelley Turner, DC

Electronically signed on 08/25/2025 07:10:20 AM

ELECTRONICALLY FILED
2025 Aug 22 11:54 PM
CLERK OF COURT - CIRCUIT

IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| BRITTANY N. ISOM, Individually and as<br>Mother and Next Friend of<br>MARKAVIAN D. ISOM, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC,<br>AMAZON LOGISTICS, INC.,<br>GARDAWORLD SECURITY SERVICES, INC.,<br>GARDAWORLD SECURITY SERVICES<br>MANAGEMENT COMPANY, INC.,<br>SECURITAS SECURITY SERVICES USA, INC.,<br>and UNIVERSAL PROTECTION SERVICE, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>DOCKET NO. _____<br>JURY TRIAL DEMANDED (12) |

## COMPLAINT

Comes your Plaintiff, BRITTANY N. ISOM, Individually and as Mother and Next Friend of

MARKAVIAN D. ISOM, Deceased, and files this Complaint for damages against the Defendants,

AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC.,

GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES

MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and

UNIVERSAL PROTECTION SERVICE, LLC. For her cause of action, the Plaintiff would show

this Honorable Court as follows:

### I. PARTIES

1. The Plaintiff, BRITTANY N. ISOM, is and was a resident of Memphis, Shelby County,

   Tennessee, and the natural mother of MARKAVIAN D. ISOM, Deceased. MARKAVIAN

1

D. ISOM, Deceased, was an unmarried citizen of the State of Tennessee and resided in Memphis, Shelby County at the time of his death. Plaintiff BRITTANY N. ISOM is the proper party to bring this wrongful death lawsuit, pursuant to Tenn. Code Ann. § 20-5-107.

2. Defendant AMAZON.COM, INC. is a Delaware corporation with its principal office at 410 Terry Avenue N., Seattle, WA 98109-5210, and may be served at this address or through its registered agent, CORPORATION SERVICE COMPANY, at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808.

3. Defendant AMAZON.COM SERVICES LLC is a limited liability company organized under the laws of the State of Delaware with its principal offices at 410 Terry Avenue N., Seattle, WA 98109-5210, and may be served at this address or through its registered agent, CORPORATION SERVICE COMPANY, at 2908 POSTON AVE, NASHVILLE, TN 37203-1312.

4. Defendant AMAZON LOGISTICS, INC. is a Delaware corporation with its principal office at 410 Terry Avenue N., Seattle, WA 98109-5210, and may be served at this address or through its registered agent, CORPORATION SERVICE COMPANY, at 2908 POSTON AVE, NASHVILLE, TN 37203-1312.

5. Defendant GARDAWORLD SECURITY SERVICES, INC., is a Missouri corporation with its principal office at 1699 S Hanley Rd, Suite 350, Saint Louis, MO 63144-2913, and may be served at this address or through its registered agent, C T CORPORATION SYSTEM, at 5661 Telegraph Rd Ste 4B, Saint Louis, MO 63129-4275.

6. GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC. is a Missouri corporation with its principal office at 1699 S Hanley Rd, Suite 350, Saint Louis,

2

MO 63144-2913, and may be served at this address or through its registered agent, C T

CORPORATION SYSTEM, at 300 MONTVUE RD, KNOXVILLE, TN 37919-5546.

7. SECURITAS SECURITY SERVICES USA, INC. is a Delaware corporation with its

principal office at 9 CAMPUS DR, PARSIPPANY, NJ 07054-4408, and may be served at

this address or through its registered agent, NATIONAL REGISTERED AGENTS, INC.,

at 300 MONTVUE RD, KNOXVILLE, TN 37919-5546.

8. UNIVERSAL PROTECTION SERVICE, LLC, is a limited liability company organized

under the laws of the State of Delaware with its principal office at 450 EXCHANGE,

IRVINE, CA 92602, and may be served at this address or through its registered agent,

CORPORATION SERVICE COMPANY, 2908 POSTON AVE, NASHVILLE, TN

37203-1312.

## II. JURISDICTION AND VENUE

9. All preceding statements of the Complaint are incorporated herein and re-alleged as if

expressly set forth herein. Upon information and belief:

10. This cause of action arises in tort under and by virtue of the laws of the State of Tennessee

for damages sustained by Plaintiff BRITTANY N. ISOM and the wrongful death of her

son, MARKAVIAN D. ISOM, in an incident occurring on or about August 22, 2024, in

Shelby County, Tennessee. Given the foregoing, jurisdiction and venue properly rest with

this Court.

11. Subject matter jurisdiction over this action is proper pursuant to Tenn. Code Ann. § 16-10-

101.

12. Venue for a trial on the merits in Shelby County, Tennessee, is proper by virtue of Tenn.

Code Ann. § 20-4-101, et seq.

3

### III. FACTS

13. All preceding statements of the Complaint are incorporated herein and re-alleged as if expressly set forth herein. Upon information and belief:

14. At all times relevant to this Complaint, Defendants AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON LOGISTICS, INC. (hereinafter, collectively referred to as "Defendant AMAZON"), owned and operated the "Amazon Distribution Center," its facilities and parking areas located at or near 3292 E Holmes Rd, Memphis, TN 38118, where MARKAVION D. ISOM was killed.

15. Defendant AMAZON, as the owners and operators of the Amazon Distribution Center, its facilities and parking areas, had a special relationship with the employees and workers on its premises under which relationship it had a non-delegable duty to use reasonable care to protect its employees and workers from unreasonable risks of foreseeable harm including, but not limited to, the criminal acts of third parties on said premises.

16. At all times relevant to this Complaint, Defendant AMAZON contracted with one or more of the remaining Defendants, GARDAWORLD SECURITY SERVICES, INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., or UNIVERSAL PROTECTION SERVICE, LLC, to assume additional responsibility for providing security for the employees and workers at the Amazon Distribution Center facilities and parking areas including, but not limited to, protecting the employees and workers of that facility from foreseeable harm resulting to them from the criminal acts of third parties on those premises.

17. Alternatively, if proven at trial that Defendant AMAZON had not contracted with any third parties to assume additional responsibility for providing security and protection for the

4

employees and workers at its premises, Defendant AMAZON retained sole responsibility for protecting employees and workers at its premises from foreseeable harm resulting to them from the criminal acts of third parties on those premises, and failed to supplement their security capabilities via a contracted security entity.

18. Prior to and from the date that the Amazon Distribution Center opened in 2020 through the August 22, 2024, incident at issue in this lawsuit, a substantial number of crimes, including violent crimes, occurred in Memphis, Tennessee, where that distribution center is located, and in the neighborhoods surrounding Defendant AMAZON's premises. The neighborhoods and areas surrounding the Amazon Distribution Center have reported some of the highest rates of violent crime per capita in this country.

19. Prior to and from the date that the Amazon Distribution Center opened in 2020 through the August 22, 2024, incident at issue in this lawsuit, Defendants individually and collectively knew or reasonably should have known of the extensively high rate of crime in Memphis, Tennessee, where the Amazon Distribution Center was located, and in the neighborhoods and surrounding the premises at issue. Defendants individually and collectively also knew about or reasonably should have known about each and every crime that occurred at or near the premises of the Amazon Distribution Center itself from the date that it opened in 2020 until August 22, 2024. For those reasons, it was reasonably foreseeable to Defendants prior to August 22, 2024, that, unless they took reasonable precautions to protect the employees and workers on the premises and its surrounding parking areas, one of their employees or workers would be the victim of a criminal act of a third party on said premises. Therefore, prior to August 22, 2024, Defendants individually and collectively had a duty to take reasonable precautions to protect the employees and workers of the Amazon Distribution

5

Center from the criminal acts of third parties on Defendant AMAZON's premises and its parking areas, sidewalks and at or near its fence lines.

20. As the result of the above-described substantial number of criminal acts, including violent crimes, that had occurred in Memphis, Tennessee in the neighborhoods surrounding the Amazon Distribution Center, and at or near Defendant AMAZON's premises prior to August 22, 2024, Defendants knew or reasonably should have known that unless they took reasonable, appropriate, and necessary security precautions, adopted, implemented, and enforced reasonable, appropriate, and necessary security policies and procedures, and installed, maintained, and monitored adequate, reasonable, and necessary security devices, the serious injury or death of an employee or worker eventually would occur on the premises or its parking areas as the result of the criminal act of a third party.

21. Despite the foreseeable probability that an employee or worker at the Amazon Distribution Center would suffer a serious injury or death as the result of the criminal act of a third party on Defendant AMAZON's premises, Defendants failed to take reasonable, adequate, and necessary security precautions, failed to adopt, implement, and/or enforce reasonable, adequate, and necessary security policies and procedures, and/or failed to install, maintain, and monitor reasonable, adequate, and necessary security devices prior to August 22, 2024, that would have prevented the foreseeable criminal act that occurred on that date and resulted in the death of MARKAVIAN D. ISOM at or near a Defendant AMAZON's parking area.

22. On August 22, 2024, MARKAVIAN D. ISOM was an employee/worker at the Amazon Distribution Center owned and operated by Defendant AMAZON. While MARKAVIAN D. ISOM was on Defendant AMAZON's premises, MARKAVIAN D. ISOM was shot in

6

the head and died on Defendant AMAZON's premises before any medical attention was
provided to him.

23. Furthermore, Defendants, by virtue of their security and protection responsibilities then
and there existing, had assumed a duty to respond to threats of bodily harm they knew of
or should have known of, to protect him from the same, and to render physical aid upon
discovering the injured MARKAVIAN D. ISOM, but failed to undertake any action to save
his life.

24. Plaintiff alleges that the above-described shooting death of her son MARKAVIAN D.
ISOM at Defendant AMAZON's premises was reasonably foreseeable to Defendants and
that those Defendants could have prevented that criminal act if, prior to August 22, 2024,
or on that date, they had taken reasonable, adequate, and necessary security precautions;
adopted, implemented, and enforced reasonable, adequate, and necessary security policies
and procedures at the Amazon Distribution Center; installed, maintained, and monitored
reasonable, adequate, and necessary security devices on Defendant AMAZON's premises;
and/or taken reasonable and appropriate steps either to identify threats and remove or
mitigate them from those premises of or to prevent the shooting and killing of
MARKAVIAN D. ISOM.

## IV. CLAIMS

25. All preceding statements of the Complaint are incorporated herein and re-alleged as if
expressly set forth herein. Upon information and belief:

26. Prior to and/or at the time and place of the August 22, 2024, incident described above,
Defendants were guilty of one or more acts or omissions of negligence including, but not
limited to, the following that would have prevented the foreseeable criminal act of a third

7

party on the Defendant AMAZON's premises that resulted in the death of MARKAVIAN
D. ISOM:

a. Failing to take reasonable, adequate, and necessary security precautions to protect
   employees and workers at the Amazon Distribution Center, and its parking areas,
   including but not limited to MARKAVIAN D. ISOM, from the criminal acts of
   third parties on said premises including, but not limited to, the criminal act by the
   person who shot and killed MARKAVIAN D. ISOM, despite the fact that such a
   criminal act was reasonably foreseeable;

b. Failing to adopt, implement, and/or enforce reasonable, adequate, and necessary
   security policies and procedures to protect employees and workers at the Amazon
   Distribution Center, and its parking areas, including at the fence lines surrounding
   Defendant AMAZON's premises, from the criminal acts of third parties;

c. Failing to install, maintain, and monitor reasonable, adequate, and necessary
   security devices to protect employees and workers at the Amazon Distribution
   Center, and its parking areas, from the criminal acts of third parties on said
   premises;

d. Failing to limit access to Defendant AMAZON's premises at all times to ensure
   that only employees or workers of the Amazon Distribution Center could gain
   access without the knowledge and consent of Defendants;

e. Failing to properly and appropriately monitor who was on Defendant AMAZON's
   premises and parking areas at or near the Amazon Distribution Center at all times
   by assigning an employee to physically patrol the premises of said premises on a

continuous basis and by assigning an employee to continually monitor the video captured by each and every one of the security cameras on said premises;

f.  Failing to install, maintain, and monitor reasonable, adequate, and necessary security devices on all of the doors and gates at all of the entrances to Defendant AMAZON's premises and the parking areas at or near the Amazon Distribution Facility, that were not staffed by one of their employees 24 hours a day and 7 days a week that would prevent anyone, other than employees or workers of the Amazon Distribution Center from entering said premises or parking areas without the knowledge and consent of their employees;

g.  Failing to install, maintain, and monitor reasonable, adequate, and necessary security cameras at all of the entrances to Defendant AMAZON's premises and the parking areas at or near the Amazon Distribution Facility that were not staffed by one of their employees 24 hours a day and 7 days a week, so that those cameras would capture video of everyone who gained access to the premises, and their employees could prevent anyone, other than employees or workers, from entering or from moving freely about said premises without the knowledge and consent of their employees;

h.  Failing to have an employee continuously monitor all of the security cameras at all of the entrances to Defendant AMAZON's premises, so that their employees would be aware at all times of all of the persons who entered the premises, or threatened the safety of employees or workers at or near said premises, and could remove persons or address threats of bodily harm then and there existing, or respond to

9

threatening/hostile persons with appropriate force including people at or near the
fence lines of said premises;

i.  Failing to have an employee continuously monitor all of the security cameras at all
    of the entrances to Defendant AMAZON's premises, so that their employees would
    be aware at all times of all of the persons who entered the premises and could
    remove all persons who were a threat to the safety of others from its premises, or
    other persons who had their employees permission and consent to be on said
    premises;

j.  Failing to install, maintain, and monitor reasonable, adequate, and necessary
    security cameras that covered all of the public areas of Defendant AMAZON's
    premises including but not limited to, the parking areas and sidewalks and fence
    lines, so that their employees could continuously monitor and identify all of the
    persons who were in the public areas at or near the premises and also could watch
    all of those persons' behavior;

k.  Failing to have an employee or employees continuously monitor all of the security
    cameras that were installed in any or all of the public areas of Defendant
    AMAZON's premises including but not limited to, the parking areas and sidewalks
    and fence lines, so that their employees could identify all of the persons who were
    in the public areas at or near the premises at all times and also could watch all of
    the persons' behavior;

l.  In the alternative, applicable to Defendant AMAZON only, in failing to hire a
    security company to have armed or unarmed security guards physically present on
    its premises at all times to protect employees and workers at or near the Amazon

10

Distribution Center including but not limited to in the parking areas and sidewalks and near the fence lines, from being injured or killed by the criminal act of a third party;

m. Failing to hire competent employees to work at Amazon Distribution Center who would have been able to implement and/or follow reasonable, adequate, and necessary security policies and procedures; install, maintain, and/or monitor reasonable, adequate, and necessary security devices; and would have been able to prevent the criminal act of a third party on Defendant AMAZON's premises including but not limited to, the parking areas and sidewalks and fence lines, that resulted in the death of MARKAVIAN D. ISOM.

n. Failing to properly and adequately train the employees and workers assigned to the Amazon Distribution Center to ensure that they would implement and follow reasonable, adequate, and necessary security policies and procedures; install, maintain, and/or monitor reasonable, adequate, and necessary security devices; so that they would have been able to prevent the criminal act of a third party on Defendant AMAZON's premises including but not limited to the parking areas and sidewalks and fence lines, that resulted in the death of MARKAVIAN D. ISOM.

o. Failing to properly and adequately supervise the employees and workers assigned to the Amazon Distribution Center to ensure that they would implement and/or follow reasonable, adequate, and necessary security policies and procedures, were properly and adequately installing, maintaining, and monitoring reasonable, adequate, and necessary security devices, so they would have been able to prevent the criminal act of a third party on Defendant AMAZON's premises including but

11

not limited to the parking areas and sidewalks and fence lines, that resulted in the
death of MARKAVIAN D. ISOM.

p.  Failing to prevent the person, who subsequently shot and killed MARKAVIAN D.
ISOM, from gaining access to or remaining at or near Defendant AMAZON's
premises including but not limited to the parking areas and sidewalks and fence
lines, prior to said shooting;

q.  Failing to identify the person who shot and killed MARKAVIAN D. ISOM as a
person who presented a specific threat to employees or workers of the Amazon
Distribution Center including but not limited to, MARKAVIAN D. ISOM, and
failing to remove that person from Defendant AMAZON's premises including but
not limited to the parking areas and sidewalks and fence lines, and/or take other
steps that would have prevented him from shooting and killing MARKAVIAN D.
ISOM;

r.  Failing to warn employees and workers assigned to the Amazon Distribution Center
including, but not limited to, MARKAVIAN D. ISOM, of the fact that they might
be the victim of a criminal act Defendant AMAZON's premises, including but not
limited to the parking areas and sidewalks and fence lines, including but not limited
to, the criminal act committed by the person who shot and killed MARKAVIAN
D. ISOM;

s.  Failing to take appropriate and necessary measures to prevent the shooting death of
MARKAVIAN D. ISOM, despite the fact that employees of the Defendants knew
or reasonably should have known that the person who subsequently shot and killed
him presented a risk of harm to him and others on Defendant AMAZON's premises,

12

including but not limited to the parking areas and sidewalks and fence lines, before said shooting; and

t. All other acts and omissions of negligence on the part of Defendants that are uncovered during the discovery process in this case and/or during any criminal prosecution of the person who shot and killed MARKAVIAN D. ISOM.

27. One or more of the above-described acts or omissions of negligence on the part of Defendants, individually and/or collectively, was a direct and proximate cause of the above described August 22, 2024, incident, the resulting death of MARKAVIAN D. ISOM; and the resulting damages suffered by MARKAVIAN D. ISOM's mother, Plaintiff BRITTANY N. ISOM. Therefore, said Defendants are liable to Plaintiff BRITTANY N. ISOM for all said injuries and damages.

28. One or more of the above-described acts or omissions of negligence on the part of Defendants, individually and/or collectively, constituted intentional, reckless, willful, and/or wanton behavior, created a strong probability of injury or death, and exhibited a conscious indifference on their part for the safety and welfare of others, including MARKAVIAN D. ISOM. Therefore, said Defendants are liable to Plaintiff BRITTANY N. ISOM for punitive damages.

## V. DAMAGES

29. As a direct and proximate result of the above-described negligent acts or omissions on the part of Defendants, MARKAVIAN D. ISOM sustained a serious personal injury that resulted in his death; suffered extreme physical pain and emotional suffering; and incurred substantial financial damages, including; but not limited to, funeral expenses, lost earnings,

13

lost future earning capacity, and a loss of the pecuniary value of his life for which said Defendants are liable to Plaintiff BRITTANY N. ISOM.

30. As a direct and proximate result of the above-described negligent acts or omissions on the part of Defendants, Plaintiff BRITTANY N. ISOM, as surviving mother and next friend of MARKAVIAN D. ISOM, also suffered a loss of the consortium, companionship, comfort, society, care, love, support, and services as a result of the death of her son, MARKAVIAN D. ISOM, for which said Defendants are liable to Plaintiff BRITTANY N. ISOM.

31. As a direct and proximate result of the above-described negligent acts or omissions on the part of Defendants, Plaintiff BRITTANY N. ISOM is entitled to recover all wrongful death damages for the death of her son, MARKAVIAN D. ISOM, both on his behalf and on her own behalf, that are set forth in T.C.A. § 20-5-113 and/or have been recognized by Tennessee Courts in cases construing that statute.

WHEREFORE, PREMISES CONSIDERED, Plaintiff BRITTANY N. ISOM prays that:

1. Process issue against and be served upon Defendants, requiring each Defendant to Answer this Complaint.

2. Plaintiff BRITTANY N. ISOM, Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, be awarded a Judgment against Defendants for compensatory damages in the amount of Ten Million Dollars ($10,000,000.00);

3. Plaintiff BRITTANY N. ISOM, Natural Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, be awarded a Judgment against Defendants for punitive damages in the amount of Thirty Million Dollars ($30,000,000.00);

14

4. Plaintiff BRITTANY N. ISOM, Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, be awarded interest, attorney's fees, and costs of this cause to the extent allowed by law;

5. Plaintiff BRITTANY N. ISOM, Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, be granted such other, general, and/or equitable relief and damages to which they may be entitled; and

6. Plaintiff BRITTANY N. ISOM, Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, demands a jury to try this case.

Respectfully Submitted,

ALEXANDER SHUNNARAH TRIAL ATTORNEYS

Jose Linares, BPR No. 38492
100 Bluegrass Commons Blvd., Ste. 2165
Hendersonville, TN 37075
(615) 514-4108
jlinares@asilpc.com
*Attorney for Plaintiff*

15