UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | Civil Action No. 2:25-cv-2862 |
| **AMAZON.COM, INC., et al.** ) ) | |
| **Defendants.** ) | |

### DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Defendant Universal Protection Service LLC, certify to the best of my knowledge and belief:

☑ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.*

☐ My client has the following parent corporation(s):

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

Respectfully submitted**,**

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
Scott M. Shaw, BPR No. 019171*
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402
Telephone:    423-648-7890
Facsimile:    423-648-7897
Email: sshaw@ehhlaw.com
*Attorneys for Defendant Universal Protection Service, LLC*

**Pro Hac Vice Pending*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon all parties and/or counsel listed below by placing it in the United States Mail, addressed to said parties with sufficient postage to carry the same to its destination and/or via the Court's ECF system, on this 17th day of September, 2025.

Jose Linares, Esq.
ALEXANDER SHUNNARAH TRIAL ATTORNEYS
100 Bluegrass Commons Blvd., Suite 2165
Hendersonville, TN 37075

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Lynsie Gaddis Rust, Esq.
100 Mallard Creek Road, Suite 250
Louisville, KY 40207

Gardaworld Security Services, Inc.
c/o CT Corporation System
5661 Telegraph Road, Suite 4B
St. Louis, MO 63129-4275

Gardaworld Security Services Management Company, Inc
c/o CT Corporation System
300 Montvue Drive
Knoxville, TN 37919-5546

Securitas Security Services USA, Inc.
c/o National Registered Agents, Inc.
300 Montvue Drive
Knoxville, TN 37919-5546

**EVANS HARRISON HACKETT PLLC**

By: _/s/ Scott M. Shaw_
Scott M. Shaw, BPR No. 017191