## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISON

| | | |
|---|---|---|
| BRITTANY N. ISOM, Individually and as Mother and Next Friend of MARKAVIAN D. ISOM, Deceased, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 2:25-cv-2862 |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON LOGISTICS, INC., GARDAWORLD SECURITY SERVICES INC., GARDAWORLD SECURITY SERVICES MANAGEMENT COMPANY, INC., SECURITAS SECURITY SERVICES USA, INC., and UNIVERSAL PROTECTION SERVICE, LLC, | ) ) ) ) ) ) ) ) ) ) ) | Removed from: Shelby County Circuit Court Case No. CT-4139-25 |
| *Defendants.* | ) | |

## AMAZON'S ANSWER TO PLAINTIFF'S COMPLAINT

COME NOW, Defendants, Amazon.com Inc., Amazon.com Services LLC, and Amazon Logistics, Inc. (collectively "Amazon"), for their Answer to Plaintiffs' Complaint, state:

### <u>ANSWER</u>

1.    Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiffs' Complaint, and therefore, denies those allegations.

2.    Amazon admits the allegations contained in Paragraph 2 of Plaintiffs' Complaint.

3.    Amazon admits the allegations contained in Paragraph 3 of Plaintiffs' Complaint.

4.      Amazon admits the allegations contained in Paragraph 4 of Plaintiffs' Complaint.

5.      Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiffs' Complaint, and therefore, denies those allegations.

6.      Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and therefore, denies those allegations.

7.      Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint, and therefore, denies those allegations.

8.      Amazon is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore, denies those allegations.

## JURISDICTION AND VENUE

9.      Amazon incorporates by reference its Answer to Paragraphs 1-8 as if set fully forth herein.

10.     The allegations in Paragraph 10 of the Complaint constitute legal conclusions to which no response is necessary. To the extent a response is required, Defendant denies same.

11.     The allegations in Paragraph 11 of the Complaint constitute legal conclusions to which no response is necessary. To the extent a response is required, Defendant denies same.

12.     The allegations in Paragraph 12 of the Complaint constitute legal conclusions to which no response is necessary. To the extent a response is required, Defendant denies same.

## FACTS

13.    Amazon incorporates by reference its Answer to Paragraphs 1-12 as if set forth fully herein.

14.    Amazon denies the allegations contained in Paragraph 14 of Plaintiffs' Complaint.

15.    The allegations in Paragraph 15 of the Complaint constitute legal conclusions to which no response is necessary. To the extent a response is required, Defendant denies same.

16.    The allegations in Paragraph 16 of the Complaint constitute legal conclusions to which no response is necessary. To the extent a response is required, Defendant denies same.

17.    The allegations in Paragraph 17 of the Complaint constitute legal conclusions to which no response is necessary. To the extent a response is required, Defendant denies same.

18.    With regard to the allegations contained in Paragraph 18 of Plaintiffs' Complaint, Amazon states that the historical crime rates in the referenced geographical area speak for themselves.

19.    Amazon denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.    Amazon denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.    Amazon denies the allegations contained in Paragraph 21 of Plaintiffs' Complaint.

22.    Amazon denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.    Amazon denies the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.    Amazon denies the allegations contained in Paragraph 24 of Plaintiff's Complaint.

## FACTS

25.    Amazon incorporates by reference its Answer to Paragraphs 1-24 as if set fully forth herein.

26.     Defendant denies the allegations contained in Paragraph 26 of Plaintiffs' Complaint, including subsections a. through t.

27.     Amazon denies the allegations contained in Paragraph 27 of Plaintiffs' Complaint.

28.     Amazon denies the allegations contained in Paragraph 28 of Plaintiffs' Complaint.

### DAMAGES

29.     Amazon denies the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30.     Amazon denies the allegations contained in Paragraph 30 of Plaintiffs' Complaint.

31.     Amazon denies the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

32.     The unnumbered paragraph beginning with "Wherefore," including its subparts 1-6, are denied, and Amazon denies that Plaintiff is entitled to the relief requested in the Complaint.

33.     Any allegations contained in the Complaint not expressly admitted or denied are hereby denied.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Upon information and belief, the Complaint herein, or a part thereof, fails to state a cause of action against Amazon upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff's damages, if any, were not proximately caused by any act, error, or omission of Amazon as a matter of law.

### THIRD AFFIRMATIVE DEFENSE

Upon information and belief, if any damages were sustained by Plaintiff as alleged in Plaintiff's Complaint, which damages are expressly denied, all such damages have been caused or were brought about, in whole or in part, by the affirmative wrongdoing, negligence, want of care,

omissions, failure to mitigate damages, or other culpable conduct or comparative negligence of the Plaintiff and such persons other than Amazon, without the affirmative acts of Amazon contributing thereto.

### FOURTH AFFIRMATIVE DEFENSE

No acts or omissions by Amazon were an actual cause, legal cause, contributing cause, substantial factor, or proximate cause with respect to the damages, if any, sustained by Plaintiff.

### FIFTH AFFIRMATIVE DEFENSE

The causes of action asserted against Amazon are precluded because the damages, if any, sustained by Plaintiff were solely and proximately caused by superseding causes and/or by independent intervening causes outside the control of Amazon.

### SIXTH AFFIRMATIVE DEFENSE

Amazon alleges that the Plaintiff's alleged injuries were the result of an avoidable accident, and not due to any negligence or breach of legal duty on the part of Amazon.

### SEVENTH AFFIRMATIVE DEFENSE

Amazon alleges, in the alternative, that Plaintiff's injuries are indivisible injuries. To the extent that Plaintiff has received benefits from certain collateral sources and has been made whole, in any way, such recovery serves as a bar to any indivisible injury of Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff has agreed not to sue or has compromised, settled, or otherwise reached some arrangement with any other party, then such is a complete bar to this action as satisfaction thereof. In the alternative, should the Court find this not to be a bar, the jury should be advised of the agreements of Plaintiff and any monetary amounts involved so that Amazon can be

credited with or receive an offset for said amounts Plaintiff has already received so as to prevent "double recovery" by Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Amazon asserts that they are entitled to the caps on damages and other protections under the Tennessee Civil Justice Act of 2011, specifically those found at Tennessee Code Annotated §29-39-101, *et seq*.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to set forth allegations sufficient to support a claim of punitive damages under existing law.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages fails to establish the central elements of fraud, oppression or malice as required under Tennessee law, and Plaintiff is, therefore, not entitled to punitive damages as a matter of law.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is in violation of and is barred by the Fifth and Fourteenth Amendments to the United States Constitution.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is in violation of and is barred by the prohibitions against excessive fines and cruel and unusual punishment contained in the Eighth Amendment to the United States Constitution.

## FOURTEENTH AFFIRMATIVE DEFENSE

Amazon hereby reserves the right to supplement its affirmative defenses at any time prior to trial.

**WHEREFORE**, for the foregoing reasons, Defendants Amazon.com Inc., Amazon.com Services LLC, and Amazon Logistics, Inc., respectfully request the following relief:

1. Dismissal of Plaintiff's Complaint, with prejudice;

2. Their costs herein expended, including a reasonable attorney's fee;

3. Trial by jury; and

4. Any and all other relief to which Amazon may reasonably appear to be entitled.

<div style="margin-left:40%">

**DATE: September 17, 2025**

Respectfully submitted,

*/s/ Lynsie Gaddis Rust*
**WILSON, ELSER MOSKOWITZ, EDELMAN & DICKER LLP**
Lynsie Gaddis Rust (#34871)
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Phone: (502) 238-8500
Email: lynsie.rust@wilsonelser.com

Darien Brown (#042822)
1801 West End Avenue, Suite 920
Nashville, TN 37203
Phone: (615) 263-1239
Email: Darien.Brown@wilsonelser.com

*Counsel for Amazon Defendants*

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of filing to the following counsel of record:

Jose Linares, BPR No. 38492
100 Bluegrass Commons Blvd., Ste. 2165
Hendersonville, TN 37075
*Attorney for Plaintiff*

Scott M. Shaw, BPR No. 019171
735 Broadway Street, Suite 600
Chattanooga, TN 37402
*Counsel for Defendant,*
*Universal Protective Services*

*/s/ Lynsie Gaddis Rust*
*Counsel for Amazon Defendants*